**IT IS SO ORDERED.**

**Dated: 03:07 PM April 14 2011**

/s/ Marilyn Shea-Stonum
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

BK1102025
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE: | Case No. 11-50450 |
| David S Rey<br>Amanda M Rey | Chapter 7 |
| | Judge Shea-Stonum |
| Debtors | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT**<br>**3006 FAIR OAKS DRIVE, NORTON, OH 44203** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **9**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 3006 Fair Oaks Drive Norton, OH 44203.

###

SUBMITTED BY:

/s/ Michael R Proctor
Michael R Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0076240
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Robert W Heydorn, Esq. - Attorney for Debtors
527 Portage Trail
Cuyahoga Falls, OH 44221
bobheydorn@hotmail.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Michael R Proctor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

David S Rey - Debtor
3006 Fair Oaks Drive
Norton, OH 44203
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Amanda M Rey - Debtor
3006 Fair Oaks Drive
Norton, OH 44203
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Richard A. Wilson - Trustee
P.O. Box 3307
1221 South Water Street
Kent, OH 44240-3307
richard.wilson@psinet.com
VIA ELECTRONIC SERVICE